UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>INSTITUTIONAL TRADING<br>CORPORATION et al.,<br><br>        Defendants.<br>_____ | Case No.: C 11-01056 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

      On March 14, 2011, Defendants filed a motion to dismiss this action, which has been assigned to a magistrate judge. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 21, 2011. *See* Civ. L.R. 73-1(a)(2). None of the parties has either consented or requested reassignment. Therefore,

      IT IS HEREBY ORDERED that no later than March 28, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

www.cand.uscourts.gov.

Dated: March 23, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: March 23, 2011

                                              */s/ Chambers Staff*
                                     Chambers of U.S. Magistrate Judge Paul S. Grewal